# UNITED STATES DISTRICT COURT

## for the

### Eastern District of California

**FILED**

JUL 24 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | |
| CHAUNCEY VALENTINE CASTODIO, | ) | |
| | ) | 2:17-MJ-00127 KJN |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 2, 2017 _____ in the county of _____ Lassen _____ in the

_____ Eastern _____ District of _____ California _____ , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

(SEE ATTACHED AFFIDAVIT)

☒ Continued on the attached sheet.

*Christopher M. Bencken*
*Complainant's signature*
(approved telephonically)

Christopher M. Bencken, Special Agent, FBI
*Printed name and title*

Sworn to and signed by telephone under Rule 4.1 of the Federal Rules of Criminal Procedure.

(3:15 pm.)

Date: JULY 12, 2017 _____

*Judge's signature*

City and state: SACRAMENTO, CA _____

Kendall J. Newman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF FBI SA CHRISTOPHER M. BENCKEN
## IN SUPPORT OF CRIMINAL COMPLAINT

I, Christopher M. Bencken, being duly sworn, hereby state:

### I.   INTRODUCTION

1.   The purpose of this affidavit is to support a criminal complaint naming, and to obtain an arrest warrant for, CHAUNCEY VALENTINE CASTODIO.

2.   To that end, this affidavit seeks to establish probable cause to believe that CASTODIO has, in the Eastern District of California, engaged in conduct that constitutes a violation 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution ("the Flight Offense").

   a.   The elements of the Flight Offense are:

      i. First, that the defendant traveled in interstate or foreign commerce; and

      ii. Second, that the defendant did so with the intent to avoid prosecution (or custody or confinement after conviction) for a specific felony under the law of the state from which the defendant fled.

3.   My statements in this affidavit are based on conversations I have had with other law enforcement officers, on my review of various law enforcement documents, and on my personal knowledge of the case.

4.   As the purpose of this affidavit is the limited one described above, this affidavit does not set forth all of my knowledge regarding this case.

### II.   AGENT BACKGROUND

5.   I am a sworn Special Agent of the Federal Bureau of Investigation (FBI).

6.   I have been employed with the FBI for over eleven years. I am presently assigned to the Sacramento Office of the FBI, Reno Resident Agency. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

7.   I am assigned to the Reno Resident Agency/Las Vegas Violent Crimes Task

Force, Reno, Nevada.   Among my responsibilities are the investigation, apprehension, and arrest of Violent Crime Offenders and Fugitives.

### III.   STATEMENT OF PROBABLE CAUSE

8.   On or about July 1, 2017, CASTODIO was involved in a vehicle pursuit with California law enforcement.  The pursuit resulted in shots being fired by California Law Enforcement after CASTODIO attempted to assault law enforcement officers with the vehicle CASTODIO was operating.

9.   The vehicle that CASTODIO was operating was later determined to be stolen.  CASTODIO fled via the same vehicle and later crashed the car and foot bailed a short time later.

10.   The following day, July 2, 2017 law enforcement obtained information that CASTODIO was hiding at a residence located in Lassen County, California. Law Enforcement officers again made efforts to locate CASTODIO, but failed to apprehend him.

11.   CASTODIO currently has numerous felony warrants outstanding for his arrest.  CASTODIO has an extensive criminal record with charges resulting in resisting arrest, Assault with a deadly weapon, possession of a controlled substance, violations of parole and probation, oral copulation with person under the age of 16, driving on a suspended license, inflicting corporal injury, false imprisonment, and failing to appear on a felony charge.

12.   To date, all efforts to locate CASTODIO in the State of California have been unsuccessful.   The Lassen County Sheriff's office and the California Highway Patrol have obtained information from persons associated with CASTODIO indicating that CASTODIO is currently in the state of Nevada. He is believed to be staying with an acquaintance in Washoe County, Nevada.

13.   Thus, I believe that CASTODIO left the State of California to avoid being prosecuted for the alleged felony offenses and he remains a fugitive.

### [*Cont'd next page.*]

## IV.   CONCLUSION

14.   On the statements above, I submit that there is probable cause to believe that CHAUNCEY VALENTINE CASTODIO has engaged in conduct that constitutes the Flight Offense.  As such, I submit that the Court should receive the complaint and issue an arrest warrant for him.

\* \* \*

Based on my information and belief, I declare under penalty of perjury that all the statements in this affidavit are true and correct.

Christopher M. Bencken (approved telephonically)
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this _12_ day of July, 2017:
(3:15 p.m.)

Kendall J. Newman
U.S. Magistrate Judge
Eastern District of California

Approved as to form:

Ross K. Naughton
Assistant U.S. Attorney